PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Wilfredo Cruz                                   Cr.: 01-292 (02) (Dnc)

Name of Sentencing Judicial Officer: Hon. John W. Bissell

Date of Original Sentence: 07/27/05

Original Offense: Travel in Interstate Commerce with Intent to Promote Narcotics Trafficking

Original Sentence: 60 months imprisonment; 3 years Supervised Release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 10/12/05

Assistant U.S. Attorney: Marion Percell                 Defense Attorney: Edna Ball-Axelrod (Appointed)

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime**'. |
| | On April 2, 2007, the Newark, New Jersey Police Department arrested and charged Cruz with Aggravated Assault. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date:

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons.  Date of Hearing: _____.
[ ]  No Action
[ ]  Other

Dennis M. Cavanaugh
U.S. District Judge

_____
Signature of Judicial Officer

4/18/07
_____
Date