PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Wilfredo Cruz  Cr.: 01-292 (02)

Name of Sentencing Judicial Officer: Honorable John W. Bissell [reassigned to the Honorable Dennis M. Cavanaugh]

Date of Original Sentence: 7/27/05

Original Offense: Travel in Interstate Commerce with Intent to Promote Narcotics Trafficking

Original Sentence: 60 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/12/05

Assistant U.S. Attorney: Marion Percell  Defense Attorney: Michael Robbins

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime**'<br><br>A) On April 2, 2007, the Newark, New Jersey Police Department arrested and charged Cruz with Aggravated Assault.<br><br>B) On December 1, 2007, the Newark, New Jersey Police Department arrested and charged Cruz with 1) Possession/Use of CDS, 2) Committing a Drug Offense, and 3) Unlawful Possession of a Weapon. |
| 2 | The offender has violated the supervision condition which states ''**The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer**'<br><br>When Cruz was arrested on December 1, 2007, he was in the company of two convicted felons: Carlos Ortiz has a prior felony conviction for aggravated assault in Essex County Superior Court; and Edgar Esavado has a prior felony conviction in Essex County Superior Court for Possession of CDS on School Property. |

PROB 12C - Page 2
Luis Wilfredo Cruz

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner 
Senior U.S. Probation Officer
Date: 12/5/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/14/07
Date

Dennis M. Cavanaugh
U.S. District Judge